### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL CANNATA, | |
| Plaintiff, | Civil Action No. 06-2769 (PGS) |
| v. | |
| MAHER TERMINALS, INC., M/V DAHE, and COSCO CONTAINER LINES AMERICAS, INC., | **JUDGMENT** |
| Defendants. | |

This matter comes before us as a bench trial on claims brought by Plaintiff Michael Cannata. Good cause having been shown, for the reasons set forth on the record, it is hereby

ORDERED that judgment be entered in favor of Defendant, Maher Terminals, Inc.

_____
PETER G. SHERIDAN, U.S.D.J.

November 21, 2008